# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen United States Courthouse | Office of the Clerk |
|---|---|
| Room 2722 - 219 S. Dearborn Street | Phone: (312) 435-5850 |
| Chicago, Illinois 60604 | www.ca7.uscourts.gov |

## NOTICE OF ISSUANCE OF MANDATE

September 12, 2012

To:
Laura A. Briggs
UNITED STATES DISTRICT COURT
Southern District of Indiana
United States Courthouse
Indianapolis , IN 46204-0000

| | |
|---|---|
| No.: 12-1729 | PAUL WEST, On Behalf of Himself and All Others Similarly Situated, et al., <br> Plaintiffs - Appellants <br><br> v. <br><br> WELLPOINT INCORPORATED, et al., <br> Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 1:08-cv-00486-SEB-TAB <br> Southern District of Indiana, Indianapolis Division <br> District Judge Sarah Evans Barker ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:            F.R.A.P. 42(b)

STATUS OF THE RECORD:         no record to be returned

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

| **Date:** | **Received by:** |
|---|---|
| 9/12/12 | *Theresa M. Amato* |

form name: **c7_Mandate**(form ID: **135**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

September 12, 2012

| No.: 12-1729 | PAUL WEST, On Behalf of Himself and All Others Similarly Situated, et al., <br> Plaintiffs - Appellants <br><br> v. <br><br> WELLPOINT INCORPORATED, et al., <br> Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:08-cv-00486-SEB-TAB <br> Southern District of Indiana, Indianapolis Division <br> District Judge Sarah Evans Barker ||

Upon consideration of the **MOTION TO DISMISS CASE PURSUANT TO FRAP 42(B)**, filed on September 12, 2012, by counsel for the parties,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**(form ID: **137**)

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit